Louis E. Kempinsky (State Bar No. 90068)
*lkempinsky@pwkllp.com*
John C. Keith (State Bar No. 229755)
*jkeith@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Attorneys for FCC, LLC d/b/a First Capital Western Region, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:09-bk-23944-VZ |
| CENTERSTONE DIAMONDS, INC., | (Jointly Administered With Case No. 2:09-bk-23945-VZ) |
| Debtor. | Chapter 11 |
| *Jointly Administered with* | Adv. No. 2:11-ap-01864-VZ |
| In re MICHAEL BEAUDRY, INC., | **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** |
| Debtor. | |
| ☐ *Applies only to Centerstone Diamonds, Inc*<br>☐ *Applies only to Michael Beaudry, Inc.* | |
| FCC, LLC, a Florida limited liability company d/b/a FIRST CAPITAL WESTERN REGION, LLC, | |
| Plaintiff | |
| v. | |
| MICHAEL BEAUDRY, INC., a California corporation; CENTERSTONE DIAMONDS, INC., a California corporation; BEAUDRY-BEVERLY HILLS, L.P., a California limited partnership; BEAUDRY INTERNATIONAL, INC., a Nevada corporation; MICHAEL GERARD BEAUDRY, an individual; and DOES 1-50, | |
| Defendants. | |

1. TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2. PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to the above-captioned adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, plaintiff FCC, LLC d/b/a First Capital Western Region, LLC hereby dismisses with prejudice the above-captioned adversary proceeding.

Dated: April 18, 2011　　　　　　　　　PEITZMAN, WEG & KEMPINSKY LLP


By: ____/s/ Louis E. Kempinsky_____
　　　Louis E. Kempinsky
　　　Attorneys for FCC, LLC d/b/a First Capital
　　　Western Region, LLC

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**PEITZMAN, WEG & KEMPINSKY LLP**
**2029 Century Park East, Suite 3100**
**Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 18, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Louis E Kempinsky    lkempinsky@pwkllp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 18, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Served by U.S. Mail:**
Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

**SEE ATTACHMENT FOR ADDITIONAL SERVICE INFORMATION**

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                          **F 9013-3.1.PROOF.SERVICE**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 18, 2011** | **Daniel Marcus** | **/s/ Daniel Marcus** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*   **F 9013-3.1.PROOF.SERVICE**

**ATTACHMENT:**
**ADDITIONAL SERVICE INFORMATION (all by U.S. Mail)**

Michael Beaudry, Inc.
Attn: Michael G. Beaudry
323 W. 8th Street
Los Angeles, CA 90014

Centerstone Diamonds, Inc.
Attn: Michael G. Beaudry
Attn: Robert V. Beaudry
323 W. 8th Street
Los Angeles, CA 90014

Beaudry-Beverly Hills, L.P.
Attn: Michael G. Beaudry
Attn: Robert V. Beaudry
323 W. 8th Street
Los Angeles, CA 90014

Beaudry International, Inc.
Attn: Michael G. Beaudry
323 W. 8th Street
Los Angeles, CA 90014

Michael Gerard Beaudry
2300 Kimridge Road
Beverly Hills, CA 90210

Debra L. James, Esq.
Michael Kogan, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**